In the Matter of LOCKPORT SMART GROWTH, INC., et al., Appellants, v TOWN OF LOCKPORT et al., Respondents. (Proceeding No. 1.) In the Matter of LOCKPORT SMART GROWTH, INC., et al., Appellants, v TOWN OF LOCKPORT ZONING BOARD OF APPEALS et al., Respondents. (Proceeding No. 2.) [886 NYS2d 64]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Centra, Peradotto, Green and Gorski, JJ.

PAUL THOMAS ZULAWSKI, JR., Appellant, v RICHARD TAYLOR et al., Respondents, et al., Defendant. (Appeal No. 1.) PAUL THOMAS ZULAWSKI, JR., Appellant, v RICHARD TAYLOR et al., Respondents, et al., Defendant. (Appeal No. 2.) [886 NYS2d 64]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Centra, Peradotto, Green and Gorski, JJ.

CAYUGA INDIAN NATION OF NEW YORK, Appellant, v DAVID S. GOULD, as Cayuga County Sheriff, et al., Respondents, et al., Defendants. [886 NYS2d 63]—Motion for stay denied; motion for leave to appeal to the Court of Appeals granted. Present—Hurlbutt, J.P., Centra, Peradotto, Green and Gorski, JJ.

LARRY C. HOLLY et al., Respondents, v COUNTY OF CHAUTAUQUA et al., Appellants. [886 NYS2d 64]—Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted. Present—Scudder, P.J., Smith, Fahey, Carni and Pine, JJ.

In the Matter of DESTINY USA DEVELOPMENT, LLC, et al., Respondents, v NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION et al., Appellants. [886 NYS2d 63]—Motion for leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Martoche, Centra, Pine and Gorski, JJ.

EUGENE MARGERUM et al., Respondents, v CITY OF BUFFALO et al., Appellants. [886 NYS2d 63]—Motion and cross motion to renew denied without prejudice; motion and cross motion for leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Martoche, Centra, Pine and Gorski, JJ.

RUDOLPH V. HEROD et al., Respondents, v MICHAEL C. MELE et al., Appellants, et al., Defendants. [886 NYS2d 63]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Martoche, Fahey, Peradotto and Green, JJ.